PER CURIAM.

(No. 75-CC-637—)

NORMAN T. THOMPSON, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed March 13, 1975.*

RICHARD R. CROSS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

**PER CURIAM.**